# Supreme Court of Kentucky

2019-SC-0216-MR
2019-SC-0244-MR

GAIL HARKINS, APRN; CANDIS
MILLER-FOX; MEMORIAL
HOSPITAL, INC., D/B/A CLAY COUNTY
PRIMARY CARE CENTER A/K/A
WEEKEND EXPRESS CLINIC; SAM
VORKPOR, M.D.; AND TAMMY LEWIS

APPELLANTS/CROSS-APPELLEES

V.

ON APPEAL FROM COURT OF APPEALS
NO. 2018-CA-1145
CLAY CIRCUIT COURT NO. 15-CI-00076

HONORABLE OSCAR GAYLE HOUSE,
JUDGE, CLAY CIRCUIT COURT

APPELLEE

AND

BILLY WELLS; AND DAVID SCOTT WELLS
AS PERSONAL REPRESENTATIVE AND
ADMINISTRATOR OF THE ESTATE OF
LORETTA WELLS

REAL PARTIES IN INTEREST/
CROSS-APPELLANTS

AND

2019-SC-0217-MR

LENORA CAMPBELL, APRN; HAITHAM
ALSAHLI, M.D.; JENNIFER CEDILLO;
TRACY TURNER; EDNA EVONNE
SHEPHERD; AND MEMORIAL HOSPITAL,
INC.

APPELLANTS

V.

ON APPEAL FROM COURT OF APPEALS
NO. 2018-CA-1144
CLAY CIRCUIT COURT NO. 13-CI-00381

1

HONORABLE OSCAR GAYLE HOUSE,                                    APPELLEE
JUDGE, CLAY CIRCUIT COURT

AND

WILLIE PENNINGTON BY AND THROUGH          REAL PARTY IN INTEREST
HIS GUARDIAN, CHARLENE WAGERS


## ORDER DENYING PETITION FOR REHEARING

The Petition for Rehearing, filed by Billy Wells, David Scott Wells in his capacity as personal representative and administrator of the estate of Loretta Wells, and Willie Pennington through his guardian, Charlene Wagers, the Cross-Appellants/Real Parties in Interest in the above styled appeals, of the Opinion of the Court, rendered September 30, 2021, is DENIED.

All sitting. All concur.

ENTERED: January 20, 2022.

_____
CHIEF JUSTICE MINTON

2